IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| eCU TECHNOLOGY, LLC, | ) | |
| *A Texas Limited Liability Company*, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CU DIRECT CORPORATION | ) | |
| *A Nevada Corporation*, | ) | |
| | ) | |
| Defendant. | ) | Civil Action No. 3:19-CV-1973-C |

### ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge therein advising that Plaintiff's Amended Motion for Preliminary Injunction should be denied.[1]

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, the Court hereby **ORDERS** that Plaintiff's Amended Motion for Preliminary Injunction be **DENIED**.

SO ORDERED this _10th_ day of August, 2020.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff, who is represented by counsel, has failed to file objections to the Magistrate Judge's Findings, Conclusions, and Recommendation and the time to do so has now expired.